UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14006-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY DWIGHT SIMPSON,

    Defendant.
_____/



FILED by ___ D.C.

FEB - 5 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATIONS SET FORTH IN PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on February 5, 2010 in respect to the pending Petition Alleging Violations Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit the violations, this Court recommends to the District Court as follows:

1.    The Defendant appeared before this Court on February 5, 2010 for an evidentiary hearing in respect to a Petition Alleging Violations Of Supervised Release. That Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Standard Condition**, by failing to submit a truthful and complete written report within the first five (5) days of each month. The defendant has failed to submit a written monthly report for the month of February 2009. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 26, 2009, in Indian River County, Florida, the defendant unlawfully operated a motor vehicle knowing his driver's license was suspended, cancelled or revoked, contrary to Florida Statute 322.32.2 (Driving While License Suspended-With Knowledge). |

| | |
|---|---|
| **Violation Number 3** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 26, 2009, in Indian River County, Florida, the defendant unlawfully had in his possession a controlled substance, Roxycodone, contrary to Florida Statute 893.13 (Possession of a Controlled Substance). |
| **Violation Number 4** | **Violation of Standard Condition**, by failing to notify the U.S. Probation Office within seventy-two (72) hours of being arrested or questioned by a law enforcement officer. On or about February 26, 2009, the defendant was arrested by Deputy J. Dixon, Indian River County Sheriff's Office, Indian River County, Florida, and he failed to advise the U.S. Probation Office until March 12, 2009. |
| **Violation Number 5** | **Violation of Standard Condition**, by failing to follow the instructions of the U.S. Probation Officer. On March 13, 2009, the defendant failed to report to the U.S. Probation Office as directed and he has absconded from supervision. |
| **Violation Number 6** | **Violation of Mandatory Condition**, by failing to submit to drug testing. On March 13, 2009, the defendant failed to submit to drug testing as instructed by the U.S. Probation Office. |
| **Violation Number 7** | **Violation of Mandatory Condition**, by failing to submit to drug testing. On March 19, 2009, the defendant failed to submit to drug testing as scheduled by Code-A-Phone. |

2.   After consultation with his attorney, the Defendant announced to this Court that he wished to admit all seven violations set forth in the Petition. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office and sentencing has been set for **Tuesday, March 2, 2010, at 9:00 a.m., at the United States District Courthouse, 300 South Sixth Street, Fort Pierce, Florida**.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to the seven violations set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this ____ day of February, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Theodore M. Cooperstein
Jeffrey P. Battista, Esq.
U. S. Probation
U. S. Marshal